

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**COMCAST OF SNE, INC.**                                CASE NO: 03 cv 12265 GAO

Plaintiff

v.

**Erica Coleman**

Defendant

**DEFENDANT'S ANSWERS TO PLAINTIFF'S COMPLAINT FOR VIOLATION**

**OF 47 U.S.C. SEC. 553**

1. Defendant denies this allegation.

2. Defendant denies this allegation

3. Defendant cannot, without further information, admit nor deny this allegation

4. Defendant admits this allegation and states her principal residence is 812 Belleville Ave. New Bedford, MA 02745

5. Defendant cannot, without further information, admit nor deny this allegation

6. Defendant cannot, without further information, admit nor deny this allegation

7. Defendant cannot, without further information, admit nor deny this allegation

8. Defendant cannot, without further information, admit nor deny this allegation

9. Defendant cannot, without further information, admit nor deny this allegation

10. Defendant cannot, without further information, admit nor deny this allegation

11. Defendant cannot, without further information, admit nor deny this allegation

12. Defendant cannot, without further information, admit nor deny this allegation

13. Defendant denies this allegation

14. Defendant denies this allegation

15. Defendant denies this allegation

16. Defendant denies this allegation

17. Defendant cannot, without further information, admit nor deny this allegation

18. Defendant denies this allegation

19. Defendant denies this allegation

20. Defendant cannot, without further information, admit nor deny this allegation

21. Defendant denies this allegation

22. Defendant cannot, without further information, admit nor deny this allegation

23. Defendant cannot, without further information, admit nor deny this allegation

24. Defendant cannot, without further information, admit nor deny this allegation

25. Defendant denies this allegation

26. Defendant denies this allegation

27. Defendant denies this allegation

### FIRST AFFIRMATIVE DEFENSE

The defendant says that the plaintiff's Complaint fails to set forth facts constituting a cause of action upon which relief can be granted, and therefore the plaintiff cannot recover.

### SECOND AFFIRMATIVE DEFENSE

The Defendant says that the Plaintiff has failed to bring this action within the time period required by law regarding limitations of actions, and therefore the Plaintiff cannot recover and the Complaint should be dismissed.

### THIRD AFFIRMATIVE DEFENSE

The Defendant says that she at no time modified, altered or tampered with her cable box.

## FOURTH AFFIRMATIVE DEFENSE

The Defendant says that the Plaintiff has failed to prove that her conduct violates 47 U.S.C sec. 553(a) and the Complaint should be dismissed

## FIFTH AFFIRMATIVE DEFENSE

The Defendant says that the Plaintiff has failed to prove that the Defendant knowingly and willfully violated 47 U.S.C. sec 553

## SIXTH AFFIRMATIVE DEFENSE

The Defendant says that if any of Comcast's equipment was altered, that said alteration was performed by either the Plaintiff or some other third party and without the knowledge of the Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

The Plaintiff is estopped to seek the damages allegedly owed by the Defendant as a result of its failure to use reasonable efforts to mitigate said damages.

## EIGHTH AFFIRMATIVE DEFENSE

The Plaintiff's claim is time barred by the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE

The Defendant states that the Plaintiff's Complaint should be dismissed because it is wholly insubstantial, frivolous and not advanced in good faith.

## TENTH AFFIRMATIVE DEFENSE

The Defendant hereby gives notice that it intends to rely upon such other and further defenses that may come available or apparent during the discovery proceeding in this case, and hereby reserves to amend its answer to assert any such defense.

*Wherefore, the* Defendant preys that this Honorable Court will dismiss this action with prejudice and award the Defendant any and all relief it deems just and fair.

## DEMAND FOR JURY TRIAL

The Defendant, Erica Coleman, demands a trial by jury on all issues so triable.

> Respectfully Submitted,
> Defendant,
> Erica Coleman,
> 812 Belleville Ave.
> New Bedford, MA 02745

*Erica Coleman* 12/19/03

Date: 12/19/03

CERTIFICATE OF SERVICE

I, Erica Coleman hereby state under the pains and penalties of perjury that I have served Answer to the following, listed below, via first class pre-paid, registered mail on 12/19/03.

John M. McLaughlin
31 Trumbull Road
Northampton, Ma. 01060

Clerk of Courts
United States District Court
US Courthouse Suite 2300
1 Courthouse Way
Boston, MA 02210

                                      Defendant,
                                      Erica Coleman,
                                      812 Belleville Ave.
                                      New Bedford, MA
                                      02745

*[Signed] Erica Coleman 12/19/03*

Date: 12/19/03