AO 440 (Rev. 10/93) Summons in a Civil Action

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

2004 JAN 22 P 2: 03

District of **MASSACHUSETTS**

DISTRICT COURT
DISTRICT OF MASS.

Comcast of SNE, Inc.

V.

Erica Coleman

**SUMMONS IN A CIVIL CASE**

# 03cv12265 GAO

CASE NUMBER:

TO: (Name and address of Defendant)

Erica Coleman
812 Belleville Avenue #3
New Bedford, MA 02745

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 14 2003

DATE

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

Bristol, ss.                                                                December 15, 2003

I hereby certify and return that on 12/10/2003 at 09:15 am I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Statement in this action in the following manner: To wit, by leaving at the last and usual place of abode of Erica Coleman, 812 Belleville Avenue #3 New Bedford, MA and by mailing first class mail to the above-mentioned address on 12/12/2003. Copies ($4.00), Conveyance ($0.75), Travel ($22.70), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $60.70

Deputy Sheriff Edward J Espinola                                            Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
             Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.