# MCLAUGHLIN SACKS, LLC
### ATTORNEYS AT LAW
31 TRUMBULL ROAD
NORTHAMPTON, MA  01060



JOHN M. MCLAUGHLIN
ADMITTED IN MA AND CT

HARLEY M. SACKS
ADMITTED IN MA AND NY

June 14, 2004

Erica Coleman
812 Belleville Avenue
New Bedford, MA  02745

RE:  DIRECTV, Inc. vs. Erica Coleman
     Docket No: 03-12265-GAO

Dear Ms. Coleman:

Enclosed please find a draft of the Plaintiff's Joint Statement of the Parties and Settlement Proposal, pursuant to Local Rule 16.1(D) in the above-referenced matter. Please contact Attorney McLaughlin as soon as possible to discuss any changes you may have.

If this draft Joint Statement meets your approval, please execute where indicated and return to our office **no later than Monday June 28, 2004.** *Per order of the Court, a final Joint Statement must be filed in court by June 30, 2004.*

If you have any questions, please do not hesitate to contact this office.

Very truly yours,

MCLAUGHLIN SACKS, LLC

*Rhonda J. Wainwright*
Rhonda J. Wainwright
Legal Assistant

RJW/rjw

Enclosure

Telephone (413) 586-0865                                                                 Facsimile (413) 584-0453