UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | | |
|---|---|---|
| Comcast of Southern New England, Inc. | ) | Case No.: 03cv12265 GAO |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUBSTITUTE APPEARANCE |
| vs. | ) | |
| | ) | |
| Erica Coleman | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

To the Court and all parties of record:

The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

Respectfully Submitted for Comcast
By Its Attorney,

9/10/04
Date

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax 413-584-6278

Page   1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ___9___ day of _____, 2004, a copy of the foregoing was sent via first class mail to:

Erica Coleman
812 Belleville Ave
New Bedford, MA 02745

_____
John M. McLaughlin, Esq.