**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMCAST<br>            Plaintiff<br><br>V.<br><br>ERICA COLEMAN<br>            Defendant | CIVIL ACTION<br><br>NO.  03-12265-GAO |

**CONDITIONAL ORDER OF DISMISSAL**

O'TOOLE,   D.J.

The defendant failed to appear at the status conference held on January 13, 2005.  The defendant is directed to show satisfactory cause by February 11, 2005 why the action should not be dismissed for failure to prosecute.  Unless satisfactory cause is shown, the action will be dismissed without prejudice, pursuant to Local Rule 41.1(b)(2).

                                                                        By the Court,


January 13, 2005                                        Paul S. Lyness
     Date                                                       Deputy Clerk