UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>COMCAST</u>
      Plaintiff

CIVIL ACTION

V        NO. <u>03-12265-GAO</u>

<u>ERICA COLEMAN</u>
      Defendant

## **CONDITIONAL ORDER**

The defendant failed to appear at the status conference held on January 13, 2005. The defendant is directed to show satisfactory cause by <u>February 17, 2005,</u> why she should not be found to be in default.

By the Court,

January 18, 2005

<u>Paul S. Lyness</u>
Deputy Clerk