UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __COMCAST__ <br>         Plaintiff <br><br> V. <br><br> __ERICA COLEMAN__ <br>         Defendant | CIVIL ACTION <br><br> NO.  __03-12265-GAO__ |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __COMCAST__ for an order of Default for failure of the Defendant, __ERICA COLEMAN__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __7__ day of __MARCH, 2005__.

SARAH THORNTON
CLERK OF COURT

By:   __PAUL S. LYNESS__
Deputy Clerk

Notice mailed to:   ERICA COLEMAN

(Default Notice.wpd - 2/2000)                                                                                      [ntcdflt.]